|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 13 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FREDA PHILOMENA D' SOUZA,

      Plaintiff - Appellant,

 v.

CITY OF SAN CLEMENTE, a municipal corporation; ADAM ATAMIAN; ANTHONY KURTZ,

      Defendants - Appellees.

No. 24-2423

D.C. No. 8:20-cv-01863-FLA-DFM

Central District of California, Santa Ana

MANDATE

 

The judgment of this Court, entered May 22, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the Appellant, Freda Philomena D' Souza, in the amount of $22.80.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT